IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CASEY REYNOLDS**                                                                 **PETITIONER**

**VS.**                          **CASE NO. 4:24-CV-00010 JM/PSH**

**DEXTER PAYNE, DIRECTOR,**
Arkansas Division of Correction ("ADC")                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 6th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE